MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Ramon Reyes                       DATE :        4/29 /2022

DOCKET NUMBER:   22 CR 178 (RJD)                    FTR # : 2:54–3:43pm    (crtrm 11B )

DEFENDANT'S NAME :    Noel Alston
         X  Present        Not Present        X   Custody         Bail

DEFENSE COUNSEL:       Samuel Jacobson   (appointed by court)
          X    Federal Defender          CJA              Retained

A.U.S.A:  Lauren Bowman/ Nick Axelrod                CLERK:    SM Yuen

int :                                                (Probation )

 X   Defendant arraigned on the:    information X    indictment     probation violation

 X  Defendant pleads NOT GUILTY to ALL counts.      Waiver of Indictment filed

 X     BAIL   HEARING Held.      X     Defendant's first appearance.

        X    Bond set at  $250,000            defendant    X  released     held pending
             satisfaction of bond conditions.
          X   Defendant advised of bond conditions and gave permission for the Court to sign the bond
on her behalf.
         3   Sureties sworn, advised of bond obligations by the Court and gave permission for the court
to sign the bond on their behalf.
             (Additional) surety/ies to co-sign bond  
             After hearing, Court orders detention in custody.       Leave to reopen granted
      Temporary Order of Detention Issued.   Bail Hearing set for  

    At this time, defense counsel states on the record that the defendant does not have a bail
       application / package. Order of detention entered with leave to reapply to a Magistrate
       or to the District Court Judge to whom the case will be assigned.

 X     Order of Excludable Delay/Speedy Trial entered.   Start  4/29/22      Stop  6/2/2022

       Medical memo issued.

       Status conference set for  

**Other Rulings** :  Gov't opposed bail for reasons stated on the record.   Court set bond in the amount of $250,000 with conditions.      Rule 5f read into the record.