UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
United States of America,                                    :

                                                             :
      Plaintiff,                                  :     **ORDER**
                                                             :
  - against –
                                                                   1:22-cr-00178-ENV
Noel Alston,                                                 :
                                                             :
      Defendants.                                 :
-----------------------------------------------------------------X

VITALIANO, D.J.

    Pursuant to the request of counsel for defendant Noel Alston and with consent of counsel for the United States, the appearance scheduled for April 28, 2023, is adjourned to June 7, 2023 @ 11:00 a.m. Upon balancing the factors specified in 8 U.S.C. ' 3161(h)(8), the Court will exclude the time between these two dates from speedy trial calculations as defense counsel has informed the Court of the parties= active involvement in plea negotiations, and to otherwise meet the ends of justice.

    SO ORDERED

DATED:    Brooklyn, New York
                4/26/2023

                                                                 s/ENV

                                                  _____
                                                  ERIC N. VITALIANO
                                                  U.S.D.J.