**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

June 5, 2023

By ECF and Email
The Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Noel Alston, 22-cr-178 (ENV)

Dear Judge Vitaliano:

    I write, with no objection from the government, to request a short adjournment of the status conference currently scheduled for June 7. I make this request because the government extended a revised plea offer on June 2, and I need the additional time to discuss the offer with Mr. Alston. The parties are available on June 26, June 28, or a date in July that is convenient for the Court. Should the Court grant this request, the parties would further ask that the Court exclude time through the date of the next appearance, because the parties believe that the disposition discussions will likely result in a disposition short of trial.

    Thank you for your consideration of this request.

                                                                       Respectfully Submitted,

                                                                       /s/
                                                                 Samuel I. Jacobson
                                                                 Assistant Federal Defender

cc:    all counsel of record (via ECF)