WK:MJC
F. #2021R01033

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------ X

UNITED STATES OF AMERICA

    - against –                                                   22-CR-178 (ENV)

NOEL ALSTON,

        Defendant.

------------------------------------------------ X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Michael J. Castiglione from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

> Assistant U.S. Attorney Michael J. Castiglione
> United States Attorney's Office (Criminal Division)
> 271-A Cadman Plaza East
> Brooklyn, New York 11201
> Tel:  (718) 254-7533
> Email: michael.castiglione@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Michael J. Castiglione at the email address set forth above.

Dated: Brooklyn, New York
September 6, 2023

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Michael J. Castiglione
Michael J. Castiglione
Assistant U.S. Attorney

cc: Clerk of the Court (ENV)